IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM MONCURE,

   Plaintiff,

v.                                                Case No. 4:23cv00023

THE COLLEGE OF WILLIAM AND MARY
IN VIRGINIA, et al.

   Defendants.

## **STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, plaintiff by and through his undersigned counsel, hereby stipulates and agrees that this action shall be DISMISSED WITH PREJUDICE. The plaintiff further agrees each party will bear their own attorneys' fees, expenses and costs and that none of the parties will be deemed a prevailing party. This matter should be dismissed in its entirety and stricken from the docket.

Respectfully submitted,

/s/ Scott G. Crowley
Scott Gregory Crowley (VSB No. 31216)
Crowley & Crowley, P.C.
4870 Sadler Road, Suite 300
Glen Allen, VA 23060
Te. 804-205-5010
Fax 804-800-4243
Email: scrowley@crowleyandcrowley.com
Counsel for William Moncure